# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL THOMAS, #B-71744, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 10-cv-902-MJR |
| | ) |
| DR. FUENTES, DR. FEINERMAN, | ) |
| STEPHEN PLATT, DR. PLK, | ) |
| MARY ANN KOHRING, | ) |
| DEANA MEDFORD, | |
| CHARD TODARO, DEREK FLATT, | |
| | |
| Defendants. | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On February 3, 2011, the Court denied Michael Thomas's motion for leave to proceed *in forma pauperis* because his prisoner trust fund statement showed that he had sufficient funds to pay the $350.00 filing fee (Doc. 6). The Court ordered Plaintiff to pay the filing fee in full by March 3, 2011, and warned that failure to comply would result in dismissal of this action. Plaintiff has failed to pay the filing fee within the time allotted.

Accordingly, the Court **DISMISSES** this action **without prejudice** for failure to comply with an order of the Court. **FED.R.CIV.P. 41(b);** *see generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994)**. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 28th day of March, 2011**

> **  /s/ MICHAEL J. REAGAN  **
> **MICHAEL J. REAGAN**
> **United States District Judge**